**UNITED STATES COURT OF INTERNATIONAL TRADE** **FORM 3**

| | |
|---|---|
| UNION STEEL<br>Plaintiff,<br><br>v.<br><br>UNITED STATES,<br>Defendant. | **S U M M O N S**<br>**Court No. 10-00106** |

**TO:** The Attorney General, the Department of Commerce, and/or the United States International Trade Commission:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(c) to contest the determination described below.

/s/Tina Potuto Kimble
Clerk of the Court

---

1. Plaintiff Union Steel is a foreign manufacturer of the subject merchandise and was a respondent in the Department of Commerce's fifteenth administrative review of *Certain Corrosion-Resistant Carbon Steel Flat Products From the Republic of Korea*, and is therefore an interested party within the meaning of 19 U.S.C. § 1677(9)(A). Plaintiff has standing to commence this action under 28 U.S.C. § 2631(c) and 19 U.S.C. § 1516a(a)(2)(A).
(Name and standing of plaintiff)

2. Plaintiff contests the final results of the International Trade Administration, U S Department of Commerce, in *Certain Corrosion-Resistant Carbon Steel Flat Products from the Republic of Korea: Notice of Final Results of the Fifteenth Administrative Review*, 75 Fed Reg 13,490 (Dep't Commerce March 22, 2010).
(Brief description of contested determination)

3. March 15, 2010
(Date of determination)

4. March 22, 2010
(If applicable, date of publication in Federal Register of notice of contested determination)



**SEE REVERSE SIDE**

Form 3-2

/s/ Donald B. Cameron____________
Signature of Plaintiff's Attorney

Donald B. Cameron
TROUTMAN SANDERS LLP
401 9th Street, N.W.
Washington, DC 20004-2134
(202) 274-2971

March 23, 2010___
Date

Form 3-3

**SERVICE OF SUMMONS BY THE CLERK**

If this action, described in 28 U.S.C. § 158199c), is commenced to contest a determination listed in section 516A(a)(2) or (3) of the Tariff Act of 1930, the action is commenced by filing a summons only, and the clerk of the court is required to make service of the summons. For that purpose, list below the complete name and mailing address of each defendant to be served.

(As amended July 21, 1986, eff. Oct. 1, 1986; Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007).

Attorney-in-Charge
U.S. Department of Justice, Commercial Litigation Branch
International Trade Field Office
26 Federal Plaza
Room 346
New York, NY 10278

Office of the Chief Counsel
for Import Administration
U.S. Department of Commerce
14th Street & Pennsylvania Ave., NW
Washington, D.C. 20230