# UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: THE HONORABLE TIMOTHY C. STANCEU, JUDGE

| | |
|---|---|
| UNION STEEL, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | Consol. Court No. 10-00106 |
| UNITED STATES, ) | |
| ) | |
| Defendant, ) | |
| ) | |
| and ) | |
| ) | |
| UNITED STATES STEEL CORP., et al., ) | |
| ) | |
| Defendant-Intervenors . ) | |
| ) | |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that, pursuant to Rule 75(b) of the Rules of the United States Court of International Trade, the undersigned appears as "of counsel" for defendant, the United States, in this action and requests that all papers be served on him.  The individual attorney in the Government, who is responsible for the litigation, is L. Misha Preheim.


Dated:  February 19, 2013            s/ Daniel J. Calhoun
                                     Daniel J. Calhoun
                                     Attorney
                                     Office of the Chief Counsel
                                      for Import Administration
                                     U.S. Department of Commerce
                                     1401 Constitution Avenue N.W.
                                     Washington, D.C. 20230
                                     Tel:  (202) 482-1439
                                     Fax:  (202) 482-4912
                                     Email:  Daniel.Calhoun@trade.gov