UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| UNION STEEL, et al.,<br><br>　　　　　　Plaintiffs,<br><br>v.<br><br>UNITED STATES,<br><br>　　　　　　Defendant,<br><br>and<br><br>UNITED STATES STEEL CORP., et al.,<br><br>　　　　　　Defendant-Intervenors. | Before: Timothy C. Stanceu, Judge<br><br>Consol. Court No. 10-00106 |

**ORDER**

Upon consideration of Union Steel and Dongbu Steel Co., Ltd.'s Motion for Oral Argument, and upon all other papers and proceedings herein, it is hereby

**ORDERED** that the motion is GRANTED; and it is further

**ORDERED** that oral argument will be held on Thursday, May 23, 2013, at 11:00 a.m. in Courtroom 3 of the James L. Watson Courthouse of the United States Court of International Trade, One Federal Plaza, New York, N.Y.

　　　　　　　　　　　　　　　　　　　　　　　/S/　　　Timothy C. Stanceu
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Judge

Dated: March 4, 2013
　　　New York, New York