**Form 17**

## UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| UNION STEEL et al.,<br><br>    Plaintiffs,<br><br>and<br><br>WHIRLPOOL CORPORATION,<br><br>    Plaintiff-Intervenor,<br><br>v.<br><br>UNITED STATES,<br><br>    Defendant,<br><br>and<br><br>UNITED STATES STEEL CORPORATION, NUCOR CORPORATION, and HYUNDAI HYSCO,<br><br>    Defendant-Intervenors. | Consol. Court No. 10-00106 |

### BUSINESS PROPRIETARY INFORMATION CERTIFICATION

Benjamin J. Bay certifies that

1.   I am

[X] an attorney at the law firm of Skadden, Arps, Slate, Meagher & Flom LLP; or an attorney in the corporate legal department of _____, and I have read and am familiar with the Rules of United States Court of International Trade.

[ ] a consultant employed by _____.

2.   I represent, or am retained by or on behalf of:

[X] a party to this action,

[ ] an interested party that has filed a motion to intervene in this action, which is identified below:

_____

1245465.01-WASSR01A

3.  I was

[X] granted access to business proprietary information subject to an administrative protective order in the administrative proceeding which gives rise to this action.

[ ] not subject to an administrative protective order in the administrative proceeding which gives rise to this action. All parties to this action and interested parties who are entitled to service of this Certification pursuant to Rules 5 and 73.2(c)(5) of the United States Court of International Trade are listed below:

| Party | Attorney | Date of Contact |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |

Each of these parties or interested parties has been contacted; none has objected to my access to proprietary information in this action subject to the Appendix on Access to Business Proprietary Information Pursuant to Rule 73.2(c) to the Rules of the United States Court of International Trade.

4.  I am

[X] (for attorneys) not involved in competitive decision making for the interested party I represent.

[ ] (for consultants) independent of all parties in this action.

5.  I have read and agree to be bound by the terms of Administrative Order No. 02-01 of the United States Court of International Trade.

Date: 04/23/13

Benjamin J. Bay
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
1440 New York Avenue, N.W.
Washington, D.C. 20005
(202) 371-7000