**UNITED STATES COURT OF INTERNATIONAL TRADE**
**HONORABLE TIMOTHY C. STANCEU**

|  |  |  |
|---|---|---|
| | ) | |
| UNION STEEL MANUFACTURING CO., LTD., *et al.* | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| WHIRLPOOL CORPORATION | ) | |
| | ) | |
| Plaintiff-Intervenor, | ) | |
| v. | ) | Consol. Court No. 10-00106 |
| | ) | |
| UNITED STATES | ) | |
| | ) | |
| Defendant, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| UNITED STATES STEEL CORP., NUCOR CORP., and HYUNDAI HYSCO, | ) | |
| | ) | |
| Defendant-Intervenors | ) | |
| | ) | |

**ERRATA MEMORANDUM**

In accordance with the Court's Standard Chambers Procedures, Plaintiff Union Steel Manufacturing Co., Ltd. ("Union Steel") hereby notifies the Court and the parties of an error in its November 30, 2012 comments on the U.S. Department of Commerce's September 4, 2012 remand results.

1.      On page 5, footnote 4, the last sentence of the paragraph "Using quarterly costs, the Department's home market reporting period was from May 2007 to July 2007" should read "Using quarterly costs, the Department's home market reporting period was from May 2007 to July **2008**."

2

Union Steel apologizes for this unintentional mistake and for any confusion it may have caused the Court or other parties to this action.

Respectfully submitted,

/s/ Brady W. Mills
Donald B. Cameron
Julie C. Mendoza
R. Will Planert
Brady W. Mills
Mary S. Hodgins
Jeffrey O. Frank

MORRIS MANNING & MARTIN LLP
1333 H Street, NW, Suite 820E
Washington, D.C. 20005
(202) 216-4811

Dated: May 1, 2013

*Counsel to Union Steel*