**Form 18-1**

**UNITED STATES COURT OF INTERNATIONAL TRADE**

Dongbu Steel Co., Ltd. and Union Steel Manufacturing Co., Ltd.,

Plaintiffs,

v.

United States,

Defendant,

and

ArcelorMittal USA Inc. and United States Steel Corporation,

Defendant-Intervenors.

Court No. 07-00125
[and Attached Schedule]

**NOTIFICATION OF TERMINATION OF ACCESS TO BUSINESS PROPRIETARY INFORMATION PURSUANT TO RULE 73.2(c)**

Ying Lin ______________________ declares that (check one)

1) TERMINATION BY AN INDIVIDUAL

☒ I am an attorney/consultant representing or retained on behalf of United States Steel Corporation in this action and on behalf of the parties indicated in the actions listed on the attached schedule. I hereby give notice that I am no longer involved in the litigation in this action and those actions listed on the attached schedule and, therefore, I have terminated my access to Business Proprietary Information in such actions. I certify that I have not retained any documents, including copies of documents, work papers, notes or records in electronic media, containing Business Proprietary Information, except as may be authorized by the court or agency for use in the following action(s) or administrative proceeding(s):

______________________ ______________________
[Name of proceeding] [Case or investigation no.]

OR

Form18-2

2) TERMINATION BY A FIRM

☐ I am an attorney representing ______________________________in this action [and the parties indicated in the actions listed on the attached schedule]. I hereby give notice that, because of the termination of all litigation in this action [and those actions listed on the attached schedule] or otherwise, I have terminated the access to Business Proprietary Information by myself, the other attorneys and staff of my firm, and any consultants whose access to Business Proprietary Information under Rule 73.2(c) and the Appendix on Access to Business Proprietary Information Pursuant to Rule 73.2(c) is subject to the direction and control of myself or a member of my firm. I certify that all documents, including copies of documents, work papers, notes, and records in electronic media, containing Business Proprietary Information subject to Rule 73.2(c) and the Appendix on Access to Business Proprietary Information Pursuant to Rule 73.2(c) in this action [and those actions listed on the attached schedule] have been destroyed, except as may be authorized by the court or agency for use in the following action(s) or administrative proceeding(s):

______________________ [Name of proceeding]

______________________________ [Case or investigation no.]

I recognize that I remain bound by the terms of the Appendix on Access to Business Proprietary Information Pursuant to Rule 73.2(c) to the Rules of the United States Court of International Trade, and that I may not divulge the Business Proprietary Information that I learned during this action [and those actions listed on the attached schedule] or in the administrative proceeding[s] that gave rise to the action[s] to any person.

______________________
[Attorney or consultant]

1440 New York Ave, NW

Washington, DC 20005

202-371-7000

[Address and Telephone Number]

Date: 2/28/13

Form 18-3

Schedule to Notification of Termination of Access
to Business Proprietary Information

| Court Number(s) | Case Name | Party or Parties Represented |
|---|---|---|
| 08-00101 | Union Steel v. United States | United States Steel Corporation |
| 09-00130 | Union Steel v. United States | United States Steel Corporation |
| 09-00156 | United States Steel Corporation v. United States | United States Steel Corporation |
| 10-00055 | TMK IPSCO et al. v. United States | United States Steel Corporation |
| 10-00106 | Union Steel v. United States | United States Steel Corporation |
| 10-00184 | Tianjin Pipe (Group) Corp. et al. v. United States | United States Steel Corporation |
| 10-00312 | Borusan Mannesmann Boru Sanayi ve Ticaret A.S. v. United States | United States Steel Corporation |
| 10-00363 | United States Steel Corporation v. United States | United States Steel Corporation |
| 10-00364 | United States Steel Corporation v. United States | United States Steel Corporation |
| 11-00080 | Downhole Pipe & Equipment, LP v. United States et al. | United States Steel Corporation |
| 11-00081 | Downhole Pipe & Equipment, LP et al. v. United States | United States Steel Corporation |
| 11-00082 | Downhole Pipe & Equipment, LP et al. v. United States | United States Steel Corporation |
| 11-00226 | SeAH Steel Corporation, Ltd. v. United States | United States Steel Corporation |

Form 18-3

| Court Number(s) | Case Name | Party or Parties Represented |
|---|---|---|
| 11-00228 | United States Steel Corporation v. United States | United States Steel Corporation |
| 11-00319 | Mueller Comercial de Mexico, S. de R.L. de C.V. et al. v. United States | United States Steel Corporation |
| 11-00508 | Borusan Mannesmann Boru Sanayi ve Ticaret A.S. v. United States | United States Steel Corporation |
| 12-00070 | United States Steel Corporation v. United States | United States Steel Corporation |
| 12-00071 | United States Steel Corporation v. United States | United States Steel Corporation |
| 12-00073 | Union Steel et al. v. United States | United States Steel Corporation |
| 12-00089 | Dongbu Steel Co., Ltd. v. United States | United States Steel Corporation |
| 12-00180 | SeAH Steel Corporation v. United States | United States Steel Corporation |
| 12-00296 | Wheatland Tube Company v. United States | United States Steel Corporation |
| 12-00298 | Wheatland Tube Company v. United States | United States Steel Corporation |

(As amended, Jan. 25, 2000, eff. May 1, 2000; Sept. 30, 2003, eff. Jan 1, 2004; Dec. 7, 2010, eff. Jan.1, 2011.)