

UNITED STATES DEPARTMENT OF COMMERCE
Office of the General Counsel
OFFICE OF THE CHIEF COUNSEL FOR IMPORT ADMINISTRATION
Washington, D.C. 20230

PUBLIC DOCUMENT

May 20, 2013

**VIA CM/ECF FILING**

Ms. Cynthia Love
Case Manager
United States Court of International Trade
One Federal Plaza
New York, NY 10278-0001

Re:   *Union Steel v. United States*, Consol. Court No. 10-00106

Dear Ms. Love:

     As requested, please find enclosed a replacement copy of the CD-ROM containing the confidential administrative record in the above-captioned case, which was originally filed with the Court on May 7, 2010. The CD-ROM is being sent by overnight courier under seal.

     If you have any questions or concerns regarding this matter, please contact me at (202) 482-1439.

Respectfully submitted,

Daniel J. Calhoun
Attorney
Office of the Chief Counsel
   for Import Administration

Enclosure (via overnight courier)

Ms. Cynthia Love
May 20, 2013
Page 2

cc:

Donald B. Cameron, Esq.
Morris, Manning & Martin, LLP
1333 H Street NW, Suite 820
Washington, DC  20005

J. David Park, Esq.
Akin, Gump, Strauss, Hauer & Feld, LLP
1333 New Hampshire Avenue NW.
Washington, DC  20036

William Randolph Rucker, Esq.
Drinker Biddle & Reath, LLP
191 N. Wacker Drive, Suite 3700
Chicago, IL  60606-1698

Jeffrey D. Gerrish, Esq.
Skadden Arps Slate Meagher & Flom LLP
1440 New York Avenue NW
Washington, DC  20005

Alan H. Price, Esq.
Wiley Rein LLP
1776 K Street NW
Washington, DC  20006

L. Misha Preheim, Esq.
U.S. Department of Justice
Commercial Litigation Branch - Civil Division
P.O. Box 480
Ben Franklin Station
Washington, DC  20530