Form 11-1

**FORM 11**

**UNITED STATES COURT OF INTERNATIONAL TRADE**

|  |  |
|---|---|
| UNION STEL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Ct. No. 10-00106 |
| v. ) | |
| ) | |
| UNITED STATES, ) | |
| ) | |
| Defendant. ) | |

UNION STEEL,

       Plaintiff,

  v.                    Ct. No. 10-00106

UNITED STATES,

       Defendant.

### NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that, pursuant to Rule 75(b) and 75(e) of the Rules of the United States Court of International Trade, the undersigned appear as attorneys for Union Steel and Dongbu Steel, Plaintiffs, in this action and requests that all papers be served upon them. The individual attorney in the undersigned firm who is responsible for the litigation is Donald B. Cameron. This Notice is submitted because the undersigned firm has changed its address.

Dated:   July 2, 2013            /s/ Donald B. Cameron
                                                          Donald B. Cameron
                                                          Julie C. Mendoza
                                                          R. Will Planert
                                                           Brady W. Mills
                                                           Mary S. Hodgins

                                                           Morris Manning & Martin LLP
                                                           1401 I Street, N.W., Suite 600
                                                           Washington, DC 20005-2204
                                                           (202) 216-4811
                                                           dcameron@mmmlaw.com

(As amended May 25, 2004, eff. Sept. 1, 2004; Nov. 25, 2009, eff. Jan. 1, 2010; Dec. 7, 2010, eff. Jan. 1, 2011; Dec. 4, 2012, eff. Jan. 1, 2013)