**Form 18**

## UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| Essar Steel, Ltd., <br><br>        Plaintiff, <br><br>v. <br><br>United States, <br><br>        Defendant, <br><br>and <br><br>United States Steel Corporation, <br><br>        Defendant-Intervenor. | Court No. 09-00197 <br> [and Attached Schedule] |

**NOTIFICATION OF TERMINATION OF ACCESS
TO BUSINESS PROPRIETARY INFORMATION
PURSUANT TO RULE 73.2(c)**

Stephen J. Narkin declares that

1)    TERMINATION BY AN INDIVIDUAL

☒    I am an attorney representing or retained on behalf of United States Steel Corporation in this action and on behalf of the parties indicated in the actions listed on the attached schedule. I hereby give notice that I am no longer involved in the litigation in this action and those actions listed on the attached schedule and, therefore, I have terminated my access to Business Proprietary Information in such actions. I certify that I have not retained any documents, including copies of documents, work papers, notes or records in electronic media, containing Business Proprietary Information, except as may be authorized by the court or agency for use in the following action(s) or administrative proceeding(s):

_____      _____
     [Name of proceeding]                                  [Case or investigation no.]

OR

2)     TERMINATION BY A FIRM

☐     I am an attorney representing _____ in this action. I hereby give notice that, because of the termination of all litigation in this action or otherwise, I have terminated the access to Business Proprietary Information by myself, the other attorneys and staff of my firm, and any consultants whose access to Business Proprietary Information under Rule 73.2(c) and Administrative Order No. 02-01 is subject to the direction and control of myself or a member of my firm. I certify that all documents, including copies of documents, work papers, notes, and records in electronic media, containing Business Proprietary Information subject to Rule 73.2(c) and Administrative Order No. 02-01 in this action have been destroyed, except as may be authorized by the court or agency for use in the following action(s) or administrative proceeding(s):

_____      _____
[Name of proceeding]                              [Case or investigation no.]

I recognize that I remain bound by the terms of Administrative Order No. 02-01 of the United States Court of International Trade, and that I may not divulge the Business Proprietary Information that I learned during this action or in the administrative proceeding that gave rise to the action to any person.

                                           /s/Stephen J. Narkin

                                           Skadden, Arps, Slate, Meagher & Flom LLP
                                           1440 New York Ave., N.W.
                                           Washington, D.C. 20005
                                           (202) 371-7000

Date: Sept. 24, 2013

**Form 18-3**

## Schedule to Notification of Termination of Access to Business Proprietary Information

| Court Number | Case Name | Party Represented |
|---|---|---|
| 10-00055 | TMK IPSCO et al. v. United States | United States Steel Corporation |
| 10-00106 | Union Steel v. United States | United States Steel Corporation |
| 10-00184 | Tianjin Pipe (Group) Corp. et al. v. United States | United States Steel Corporation |
| 11-00001 | Companhia Siderurgica Nacional v. United States | United States Steel Corporation |
| 11-00226 | SeAH Steel Corporation, Ltd. v. United States | United States Steel Corporation |
| 11-00319 | Mueller Comercial de Mexico, S. de R.L. de C.V. et al. v. United States | United States Steel Corporation |
| 12-00070 | United States Steel Corporation v. United States | United States Steel Corporation |
| 12-00071 | United States Steel Corporation v. United States | United States Steel Corporation |
| 12-00180 | SeAH Steel Corporation v. United States | United States Steel Corporation |
| 13-00029 | American Tubular Products, LLC et al. v. United States | United States Steel Corporation |

(As amended, Jan. 25, 2000, eff. May 1, 2000; Sept. 30, 2003, eff. Jan. 1, 2004; Dec. 7, 2010, eff. Jan. 1, 2011; Feb. 6, 2013, eff. Mar. 1, 2013.)