Form 11-1

| UNITED STATES COURT OF INTERNATIONAL TRADE | FORM 11 |

| UNION STEEL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Ct. No. 10-00106 |
| v. | ) |
| | ) |
| UNITED STATES, | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that, pursuant to Rule 75(b) of the Rules of the United States Court of International Trade, the undersigned appear as attorney for Plaintiff, Union Steel, and Consolidated-Plaintiff, Dongbu Steel, in this action and requests that all papers be served upon them. The individual attorney in the undersigned firm who is responsible for the litigation is <u>Donald B. Cameron</u>.

Dated: January 23, 2014

*/s/ Sarah Sprinkle*
Sarah S. Sprinkle

Morris Manning & Martin LLP
1401 Eye Street, N.W. Suite 600
Washington, DC 20005
(202) 216-4808
ssprinkle@mmmlaw.com

(As amended May 25, 2004, eff. Sept. 1, 2004; Nov. 25, 2009, eff. Jan. 1, 2010; Dec. 7, 2010, eff. Jan. 1, 2011; Dec. 4, 2012, eff. Jan. 1, 2013)

8496458 v1