# UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: THE HONORABLE TIMOTHY C. STANCEU, JUDGE

| | |
|---|---|
| UNION STEEL, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | Consol. Court No. 10-00106 |
| UNITED STATES, ) | |
| ) | |
| Defendant, ) | |
| ) | |
| and ) | |
| ) | |
| UNITED STATES STEEL CORP., et al., ) | |
| ) | |
| Defendant-Intervenors . ) | |

## ORDER

Upon consideration of defendant's consent motion for a 60-day extension of time of the deadline for the Department of Commerce to file the results of the second remand in this case, it is hereby

ORDERED that defendant's motion is granted; and it is further

ORDERED that the Department of Commerce shall file the results of the second remand in this case with the Court no later than August 1, 2014; it is further

ORDERED that plaintiffs, plaintiff-intervenor, and defendant-intervenor each may file comments on the results of the second remand by September 2, 2014; and it is further

  ORDERED that defendant may file any response to comments on the results of the second remand by September 17, 2014.

Dated: _____, 2014   _____
   New York, N.Y.         JUDGE

**UNITED STATES COURT OF INTERNATIONAL TRADE**

BEFORE: THE HONORABLE TIMOTHY C. STANCEU, JUDGE

| | |
|---|---|
| UNION STEEL, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | Consol. Court No. 10-00106 |
| UNITED STATES, ) | |
| ) | |
| Defendant, ) | |
| ) | |
| and ) | |
| ) | |
| UNITED STATES STEEL CORP., et al., ) | |
| ) | |
| Defendant-Intervenors . ) | |

**DEFENDANT'S CONSENT MOTION FOR
EXTENSION OF TIME TO FILE REMAND RESULTS**

Defendant, the United States, respectfully requests that the Court grant the Department of Commerce (Commerce) a 60-day extension of time, through and including August 1, 2014, to file the results of the second remand in this case. Pursuant to the Court's Opinion and Order dated March 4, 2014, the results of the second remand are currently due no later than June 2, 2014. We have not previously requested an extension of time for this purpose. All parties have consented to this request.

Commerce has been devoting significant time and resources to the remand proceeding and is nearing the release of draft remand results to parties for comment. Despite that progress, an extension of time is necessary and appropriate because Commerce requires additional time to complete its preparation of the draft remand results and, pursuant to its practice, to provide parties an opportunity to comment on the draft remand results. Moreover, because the Court

remanded multiple complex issues to Commerce for reconsideration, the extension we are requesting will thus facilitate a thorough review of the issues on remand.

Further, the office within Enforcement and Compliance at Commerce that is responsible for this remand proceeding, despite ongoing resource limitations, is concurrently working on multiple other matters with overlapping deadlines.  These matters include, for example, six active antidumping and/or countervailing duty investigations, 20 ongoing administrative reviews of existing antidumping and/or countervailing duty orders, numerous other proceedings related to changed circumstances, sunset reviews, or scope inquiries, and four additional remand proceedings ordered by the Court.  This workload, combined with the number and complexity of the issues remanded to the agency, requires additional time for Commerce to finalize and release draft remand results to parties, to review and consider comments on those draft remand results, and to prepare and file final remand results for the Court.  The extension of time for filing the results of the second remand that we are seeking will enable Commerce to complete those tasks.

For these reasons, we respectfully request that the Court grant our request for an extension of time for Commerce to file the results of the second remand, to and including August 1, 2014, and to adjust the briefing schedule specified in the Court's Opinion and Order of March 4, 2014, accordingly.

Respectfully submitted,

STUART F. DELERY
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Patricia M. McCarthy
PATRICIA M. MCCARTHY
Assistant Director

OF COUNSEL:

DANIEL J. CALHOUN
Senior Attorney
Office of the Chief Counsel
 for Trade Enforcement and Compliance
U.S. Department of Commerce

s/L. Misha Preheim
L. MISHA PREHEIM
Senior Trial Counsel
Department of Justice
Civil Division
Commercial Litigation Branch
PO Box 480
Ben Franklin Station
Washington, DC 20044
Telephone: (202) 305-3087
Facsimile: (202) 305-1571

May 21, 2014

*Attorneys for Defendant United States*