# UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: THE HONORABLE TIMOTHY C. STANCEU, JUDGE

|  |  |
|---|---|
| UNION STEEL, et al., | )<br>)<br>) |
| Plaintiffs, | ) |
| v. | )<br>) Consol. Court No. 10-00106 |
| UNITED STATES, | ) |
| Defendant, | )<br>) |
| and | ) |
| UNITED STATES STEEL CORP., et al., | )<br>) |
| Defendant-Intervenors. | )<br>) |

## **ORDER**

Upon consideration of defendant's consent motion for a 60-day extension of time of the deadline for the Department of Commerce to file the results of the second remand in this case, it is hereby

ORDERED that defendant's motion is granted; and it is further

ORDERED that the Department of Commerce shall file the results of the second remand in this case with the Court no later than August 1, 2014; it is further

ORDERED that plaintiffs, plaintiff-intervenor, and defendant-intervenor each may file comments on the results of the second remand by September 2, 2014; and it is further

ORDERED that defendant may file any response to comments on the results of the second remand by September 17, 2014.

Dated: May 27, 2014  
New York, N.Y.

/S/   Timothy C. Stanceu  
     Judge